**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Debra J. Thornton |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number | 19-00009 |

# Official Form 410S1
## Notice of Mortgage Payment Change         12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, National Association, as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns Mortgage Funding Trust 2006-AR3, Mortgage Pass-Through Certificates, Series 2006-AR3

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 1 2 1 5

**Date of payment change:**
Must be at least 21 days after date of this notice: 03/01/2020

**New total payment:** $ 1,778.77
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 1,055.96     New escrow payment: $ 1158.28

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1                 Notice of Mortgage Payment Change                 page 1

Debra J. Thornton

Debtor 1 _____    Case number (*if known*) 19-00009_____
  First Name    Middle Name    Last Name

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ **Timothy R. Yueill**    Date 01/16/2020
  Signature

Print:  Timothy    R.    Yueill    Title Attorney for Creditor
  First Name    Middle Name    Last Name

Company  Law Office of Ira T. Nevel

Address  175 N. Franklin St., Ste. 201
  Number    Street

  Chicago    IL    60606
  City    State    ZIP Code

Contact phone  (312) 357-1125    Email  timothyy@nevellaw.com

Official Form 410S1    **Notice of Mortgage Payment Change**    page **2**

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of this Notice was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the court's ECF System at the e-mail address registered with the court on this Date:

Date: 01/16/2020

Chapter 13 Trustee: Tom Vaughn

Trustee Address: 55 E. Monroe Street, Suite 3850 Chicago, IL 60603

Trustee Email:

Debtor's Counsel Name: David M Siegel

Debtor's Counsel Address: David M. Siegel & Associates 790 Chaddick Drive Wheeling, IL 60090

Debtor's Counsel Email: davidsiegelbk@gmail.com

Debtor 1 Name: Debra J. Thornton

Debtor 2 Name

Debtor's Mailing Address: 1013 Valley Stream Dr. Wheeling, IL 60090

Debtor Email:

_/s/_ Timothy R. Yueill



November 20, 2019

DEBRA J THORNTON
1013 VALLEY STREAM DRIVE
WHEELING, IL 60090

**Property Address:** 1013 VALLEY STREAM DRIVE
WHEELING, IL 60090

**RE: Important notice regarding your Annual Escrow Account Disclosure Statement and your new escrow payment amount**

**This statement is for informational purposes only**

Dear Customer(s):

Select Portfolio Servicing, Inc. (SPS) reviewed your escrow account to determine your new monthly escrow payment. Following are the answers to the most common questions we receive about the escrow account and the details related to the analysis.

1. **What is the amount of my new monthly payment?**
The table below shows your new monthly payment, including any escrow changes from this new analysis statement.

| Table 1 | Current Payment (As of last analysis) | New Payment (as of 03/01/2020) | Change |
|---|---|---|---|
| Principal and Interest | | $620.49 | |
| Regular Escrow Payment | $1,055.96 | $1,158.28 | $102.32 |
| Monthly Shortage Payment | $0.00 | $0.00 | $0.00 |
| Total Payment | | $1,778.77 | $102.32 |

Since you are in active bankruptcy, your new payment amount shown above is the post-petition payment amount due.

2. **Why did the escrow portion of my payment change?**
There are three main reasons why your escrow account payment may change from year to year.

   A. **Regular Escrow Payments** - Changes occur based on differences between the expected property tax or insurance payments for the prior year and the expected property tax or insurance payments for the current year. Table 2 shows those differences and any resulting monthly shortage change, which is explained in section C.

| Table 2 | Prior Year Estimated Disbursements (As of last analysis) | Current Year Estimated Disbursements (as of 03/01/2020) | Change |
|---|---|---|---|
| Tax Disbursements | $7,106.50 | $7,232.22 | $125.72 |
| Hazard Insurance Disbursements | $5,565.00 | $6,667.00 | $1,102.00 |
| Total Annual Escrow Disbursements | $12,671.50 | $13,899.22 | $1,227.72 |
| Monthly Escrow Payment | $1,055.96 | $1,158.28 | $102.32 |
| Monthly Shortage Payment | $0.00 | $0.00 | $0.00 |

See reverse side

B. **Escrow Reserve Requirements** – RESPA/Federal law allows lenders to maintain a maximum of two months reserve in your escrow account, commonly referred to as a cushion. However, based on state, investor, or modification requirements your cushion requirement may be less than the Federal requirement. Your account has a monthly reserve requirement of 0 months.

C. **Escrow Balance** – The actual beginning balance on your account in Tables 3 and 4 is $4,199.24. According to the projections shown in Tables 3 and 4, your required beginning balance should be $4,199.24.

Please be advised that this is not an attempt to collect any pre-petition debt, which we have previously claimed on the Proof of Claim.

Your unpaid pre-petition escrow amount is $3,994.65. This amount has been removed from the projected starting balance.

There is no refund or shortage in your escrow account as of this analysis.

Table 3 below shows a detailed history of your escrow account transactions since your last analysis. An asterisk (*) indicates a difference from a previous estimate in either the date or the amount. The letter E beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown prior to the effective date of this new analysis. Please note, if the payment or disbursement month shown in table 3 is the same month of this completed analysis and there is an asterisk (*) or the letter E next to the amount, the disbursement or amount may have already occurred by the time you receive this analysis statement and the actual amount may differ from the amount reflected below.

**Table 3**

| Month | Description | Payments Estimate | Payments Actual | Disbursements Estimate | Disbursements Actual | Total Balance |
|---|---|---|---|---|---|---|
| History | Beginning Balance | | | | | $-19,626.95 |
| February 2019 | COUNTY TAX | 1,055.96 | 1,264.29 * | 3,808.72 | 3,908.58 * | -22,271.24 |
| March 2019 | | 1,055.96 | 0.00 * | 0.00 | 0.00 | -22,271.24 |
| April 2019 | HAZARD INS | 1,055.96 | 1,264.29 * | 0.00 | 833.00 * | -21,839.95 |
| May 2019 | FLOOD INS | 1,055.96 | 1,264.29 * | 0.00 | 5,834.00 * | -26,409.66 |
| June 2019 | HAZARD INS | 1,055.96 | 1,264.29 * | 817.00 | 0.00 * | -25,145.37 |
| June 2019 | FLOOD INS | 0.00 | 0.00 | 4,748.00 | 0.00 * | -25,145.37 |
| July 2019 | COUNTY TAX | 1,055.96 | 1,512.69 * | 3,297.78 | 3,323.64 * | -26,956.32 |
| August 2019 | | 1,055.96 | 2,167.74 * | 0.00 | 0.00 | -24,788.58 |
| September 2019 | | 1,055.96 | 903.45 * | 0.00 | 0.00 | -23,885.13 |
| October 2019 | | 1,055.96 | 4,723.87 * | 0.00 | 0.00 | -19,161.26 |
| November 2019 | | 1,055.96 | 24,101.20 * | 0.00 | 0.00 | 4,939.94 |
| December 2019 | | 1,055.96 | 1,055.96 E | 0.00 | 0.00 E | 5,995.90 |
| January 2020 | | 1,055.96 | 1,055.96 E | 0.00 | 0.00 E | 7,051.86 |
| February 2020 | COUNTY TAX | 0.00 | 1,055.96 E | 0.00 | 3,908.58 E | 4,199.24 |

Table 4 below shows a detailed projection of future estimated escrow activity of your escrow account transactions since your last analysis as well as a projection of future escrow activity. The double asterisk (**) next to the required balance indicates the lowest projected balance in the analysis. This low balance is used to determine the surplus or shortage in your escrow account at the time of this analysis.

**Table 4**

| Month | Description | Payments Estimate | Disbursements Estimate | Beginning Balance | Required Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | $4,199.24 | $4,199.24 |
| March 2020 | | 1,158.28 | 0.00 | 5,357.52 | 5,357.52 |
| April 2020 | | 1,158.28 | 0.00 | 6,515.80 | 6,515.80 |
| May 2020 | | 1,158.28 | 0.00 | 7,674.08 | 7,674.08 |
| June 2020 | HAZARD INS | 1,158.28 | 833.00 | 7,999.36 | 7,999.36 |
| June 2020 | FLOOD INS | 0.00 | 5,834.00 | 2,165.36 | 2,165.36 |
| July 2020 | COUNTY TAX | 1,158.28 | 3,323.64 | 0.00 | 0.00** |
| August 2020 | | 1,158.28 | 0.00 | 1,158.28 | 1,158.28 |
| September 2020 | | 1,158.28 | 0.00 | 2,316.56 | 2,316.56 |
| October 2020 | | 1,158.28 | 0.00 | 3,474.84 | 3,474.84 |
| November 2020 | | 1,158.28 | 0.00 | 4,633.12 | 4,633.12 |
| December 2020 | | 1,158.28 | 0.00 | 5,791.40 | 5,791.40 |
| January 2021 | | 1,158.28 | 0.00 | 6,949.68 | 6,949.68 |
| February 2021 | COUNTY TAX | 1,158.28 | 3,908.58 | 4,199.38 | 4,199.38 |

See reverse side

If your account is set up on a monthly automatic withdrawal payment option, your monthly payment withdrawal amount will be updated according to the adjusted payment above once the escrow analysis becomes effective. If you have any questions or concerns, please contact our Customer Service Department. Our toll-free number is 800-258-8602 and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time. You may also visit our website at www.spservicing.com.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

See reverse side

See reverse side

# U.S. Bankruptcy Court
## Northern District of Illinois (Eastern Division)
### Bankruptcy Petition #: 19-00009

|  |  |
|---|---|
| *Assigned to:* Honorable Judge Carol A. Doyle | *Date filed:* 01/02/2019 |
| Chapter 13 | *Plan confirmed:* 03/19/2019 |
| Voluntary | *341 meeting:* 02/15/2019 |
| Asset | *Deadline for filing claims:* 03/13/2019 |
|  | *Deadline for filing claims (govt.):* 07/01/2019 |

*Debtor 1*
**Debra J. Thornton**
1013 Valley Stream Dr.
Wheeling, IL 60090
COOK-IL
SSN / ITIN: xxx-xx-5085

represented by **David M Siegel**
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847 520-8100
Email: davidsiegelbk@gmail.com

*Trustee*
**Tom Vaughn**
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
312 294-5900

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785

| Filing Date | # | Docket Text |
|---|---|---|
| 01/02/2019 | [1](#) (58 pgs; 2 docs) | Chapter 13 Voluntary Petition for an Individual Fee Amount $310, Filed by David M Siegel on behalf of Debra J. Thornton Chapter 13 Plan due by 01/16/2019. (Attachments: # [1](#) Signature Pages) (Siegel, David) (Entered: 01/02/2019) |
| 01/02/2019 | [2](#) (5 pgs) | Chapter 13 Plan Filed by David M Siegel on behalf of Debra J. Thornton. (Siegel, David) (Entered: 01/02/2019) |
| 01/02/2019 | [3](#) (3 pgs) | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years (Form 122C-1) Disposable Income Is Not Determined Filed by David M Siegel on behalf of |

# Northern District of Illinois
# Claims Register

### 19-00009 Debra J. Thornton

**Honorable Judge:** Carol A. Doyle  
**Chapter:** 13  
**Office:** Eastern Division  
**Last Date to file claims:** 03/13/2019  
**Trustee:** Tom Vaughn  
**Last Date to file (Govt):** 07/01/2019

| Creditor: (27571236)<br>Advocate Health Care<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | **Claim No: 1**<br>*Original Filed Date*: 02/21/2019<br>*Original Entered Date*: 02/21/2019 | Status:<br>*Filed by:* CR<br>*Entered by:* EPoc ADI<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $1437.55 | |

*History:*

| Details | 1-1 | 02/21/2019 | Claim #1 filed by Advocate Health Care, Amount claimed: $1437.55 (ADI, EPoc) |

*Description:*  
*Remarks:* (1-1) Account Number (last 4 digits):5085

| Creditor: (27637695)<br>Wells Fargo Bank, National Association, as Trustee<br>c/o Select Portfolio Servicing, Inc<br>P.O. Box 65450<br>Salt Lake City, UT 84165 | **Claim No: 2**<br>*Original Filed Date*: 03/13/2019<br>*Original Entered Date*: 03/13/2019 | Status:<br>*Filed by:* CR<br>*Entered by:* Timothy R Yueill<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $169316.98 |
| Secured | claimed: | $169316.98 |

*History:*

| Details | 2-1 | 03/13/2019 | Claim #2 filed by Wells Fargo Bank, National Association, as Trustee, Amount claimed: $169316.98 (Yueill, Timothy) |

*Description:*  
*Remarks:*

## Claims Register Summary

**Case Name:** Debra J. Thornton  
**Case Number:** 19-00009  
**Chapter:** 13  
**Date Filed:** 01/02/2019  
**Total Number Of Claims:** 2

|                        |             |
|------------------------|-------------|
| Total Amount Claimed*  | $170754.53  |
| Total Amount Allowed*  |             |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

|                | Claimed     | Allowed |
|----------------|-------------|---------|
| Secured        | $169316.98  |         |
| Priority       |             |         |
| Administrative |             |         |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt ||||
| 12/06/2019 09:52:27 ||||
| **PACER Login:** | in0209:2565612:0 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 19-00009 Filed or Entered From: 1/1/1900 Filed or Entered To: 12/6/2019 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |